UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | | |
|---|---|---|
| ELADIO BOUZA SOTO, | ) | NO. CV 17-02276-SJO (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| STEVE LANGFORD, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: October 15, 2017.

*S. James Otero*
_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE